February 25, 2011

Mr. Donald E. Herrmann
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Mr. Darin Lee Brooks
Beirne Maynard & Parsons, L.L.P.
1300 Post Oak Blvd, Suite 2500
Houston, TX 77056-3000

RE: Case Number: 10-0064
 Court of Appeals Number: 08-06-00022-CV
 Trial Court Number: 2000-1286

Style: THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY F/K/A THE
 ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY
 v.
 NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Denise |
| |Pacheco |
| |Mr. Gilbert |
| |Sanchez |